DEPOSITION TRANSCRIPTS ARE NOT SCANNED. PLEASE REFER TO THE FILE FOR THIS DOCUMENT.