# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

8:99-CV-714-T-30-T

No. 01-11183-D



MARK ZEMIL,

    Plaintiff-
    Counter-Defendant-
    Appellant,

versus

ALEXANDER F. HERN,
GERALD C. PARKER,

    Defendants-
    Counter-Claimants-
    Appellees,

INKTOMI CORPORATION,

    Defendant.

On Appeal from the United States District Court for the
Middle District of Florida

## ENTRY OF DISMISSAL

Pursuant to the appellant's motion for voluntary dismissal, Fed.R.App.P. 42 and 11th Cir.R. 42-1(a), the above-referenced appeal was duly entered dismissed this 29th day of March, 2001.

    THOMAS K. KAHN
    Clerk of the United States Court
    of Appeals for the Eleventh Circuit

    By: Sheran P. Taylor
    Deputy Clerk

A True Copy
Attested:
Clerk U.S. Court of Appeals, Eleventh Circuit
By: _____
Deputy Clerk Atlanta, Ga.

FOR THE COURT - BY DIRECTION

5/91

132

# United States Court of Appeals
### Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

FILED

01 APR -2 PM 2:58

In Replying Give Number
Of Case And Names of Parties

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

March 29, 2001

Sheryl L. Loesch
Clerk, U.S. District Court
801 N. Florida Ave., Room 220
Tampa FL 33602

RE: 01-11183-D     Mark Zemil v. Alexander F. Hern
DC DKT NO.: 99-00714 CV-T-30-TGW

The enclosed certified copy of the Clerk's Entry of Dismissal pursuant to appellant's motion to dismiss is issued as the mandate of this court. See 11th Cir. R. 42-1(a).

Please acknowledge receipt by returning the enclosed copy of this letter.

                               Sincerely,

                               THOMAS K. KAHN, Clerk

                               Reply To: Sheran Taylor (404) 335-6183

Encl.

DIS-3 (1-1999)