FILED
01 JUL 16 AM 9:57
U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARK ZEMIL,

    Plaintiff,

v.    Case No. 8:99-CV-714-T-30TGW

ALEXANDER F. HERN, ET AL,

    Defendants.

## ORDER AMENDING JUDGMENT

This cause is before the Court upon Defendants' Motion to Alter or Amend Findings Pursuant to Rule 52, Fed. R. Civ. P., and Motion to Alter or Amend Judgment or for a New Trial Pursuant to Rule 59, Fed. R. Civ. P. (Dkt. #137) and Plaintiff's response in opposition thereto (Dkt. #138).

Defendants' Motion requests that this Court amend its prior Judgment (Dkt. #136) to reflect that Defendants' Counter-Claims are dismissed without prejudice, instead of with prejudice. Because the Court dismissed Defendants' Counter-Claims on the basis of lack of jurisdiction, the Court agrees with Defendants that the dismissal should have been without prejudice. Accordingly, it is hereby

ORDERED AND ADJUDGED that Defendants' Motion to Alter or Amend Findings Pursuant to Rule 52, Fed. R. Civ. P., and Motion to Alter or Amend Judgment or for a New Trial Pursuant to Rule 59, Fed. R. Civ. P., (Dkt. #137-1) is GRANTED in part and DENIED in part. The

Court's Order dated June 18, 2001, (Dkt. #136) is hereby AMENDED pursuant to Rule 52, Fed.R.Civ.P., as follows:

Page 5 of the Order, paragraph 2, now reads: **"Defendants' Counter-Claims (Dkt. #47 and #68) are hereby DISMISSED without prejudice for lack of jurisdiction."**

Defendants' Motion (Dkt. #137) is DENIED in all other respects.

**DONE** and **ORDERED** in Tampa, Florida on July _13_, 2001.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\even\1999\1999 civil\99-cv-714.amendFJ.wpd

F I L E   C O P Y

Date Printed: 07/16/2001

Notice sent to:

    William T. Kirtley, Esq.
    William T. Kirtley, P.A.
    2940 S. Tamiami Trail
    Sarasota, FL  34239

    William Reinhart Pomeroy, Esq.
    William R. Pomeroy, P.A.
    4242 Windemere Place
    Sarasota, FL  34231

    Roy William Howard, Esq.
    William Randolph Klein, P.A.
    1900 Main St., Suite 310
    P.O. Box 3016
    Sarasota, FL  34236

    William Randolph Klein, Esq.
    William Randolph Klein, P.A.
    1900 Main St., Suite 310
    P.O. Box 3016
    Sarasota, FL  34236

    Neal Hutchinson, Esq.
    Law Office of Neal Hutchinson
    4350 W. Cypress St., #440
    Tampa, FL  33607